# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Andrea Leeds

               Plaintiff,

v.

                                         Case No.: 1:22–cv–06837

                                         Honorable Thomas M. Durkin

Horizon Therapeutics USA, Inc.

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 12, 2023:

       MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to the Case Management Order [4] filed in MDL 3079 (23–cv–3568), the motion to dismiss [20] is terminated. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.